UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:05-cr-17 |
| vs. ) | |
| ) | JUDGE EDGAR |
| MICHAEL ACEVEDO ) | MAGISTRATE JUDGE LEE |
| ) | |

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the Indictment; (2) accept Defendant's plea of guilty to Counts Two and Three of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts Two and Three of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 17]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 17] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts Two and Three of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Two and Three of the Indictment; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Wednesday, March 4, 2009 at 1:30 p.m.** before the Honorable R. Allan Edgar.

**SO ORDERED.**

**ENTER this the 21st day of November, 2008.**

                                         */s/ R. Allan Edgar*
                                         R. ALLAN EDGAR
                                 UNITED STATES DISTRICT JUDGE